[No. 69218-6-I.   Division One.   November 25, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. DANTE URELL PIGGEE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-08437-6, Bruce E. Heller, J., entered August 3, 2012. *Reversed* by unpublished opinion per Verellen, J., concurred in by Becker and Appelwick, JJ.

[Nos. 40262-9-II; 41575-5-II;   Division Two.   November 26, 2013.]
   42278-6-II.

THE STATE OF WASHINGTON, *Respondent*, v. LARRY DOUGLAS STOVALL, *Appellant*.

*In the Matter of the Personal Restraint of* LARRY DOUGLAS STOVALL, *Petitioner*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-05203-8, Frederick W. Fleming, J., entered December 31, 2009, together with petitions for relief from personal restraint. Judgment *affirmed* and petitions *dismissed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar and Bjorgen, JJ.

[No. 43073-8-II.   Division Two.   November 26, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. GEOVANI GOHAN HAYWARD TRUJILLO, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-02295-5, Katherine M. Stolz, J., entered January 26, 2012. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Bjorgen, J., concurred in by Hunt and Penoyar, JJ.